TUNISON, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department.

January 19, 1906.) Action by Madeline Tunison against the Metropolitan Street Railway Company. B. H. Ames, for appellant. J. T. Canavan, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including costs, etc., to $1,585.05, in which event judgment, as so modified, and order, affirmed, without costs.